information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

■

**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Danny K. GREER,
Defendant/Appellant.**

**No. ED 91484.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 15, 2009.

Terrence M. Messonnier, Assistant Attorney General, Jefferson City, MO, for respondent.

Margaret M. Johnston, Woodrail Centre, Columbia, MO, for appellant.

Before KATHIANNE KNAUP CRANE, P.J., CLIFFORD H. AHRENS, and NANNETTE A. BAKER, JJ.

*ORDER*

PER CURIAM.

Defendant, Danny K. Greer, appeals from the judgment entered on a jury verdict finding him guilty of voluntary manslaughter, in violation of section 565.023 RSMo (2000), and armed criminal action, in violation of section 571.015 RSMo

(2000). The trial court found defendant to be a prior and persistent offender and sentenced him to twenty years imprisonment on the voluntary manslaughter count and ten years imprisonment on the armed criminal action count, to be served concurrently.

No error of law appears and no jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**James MORGAN, Appellant.**

**No. ED 91566.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 15, 2009.

Scott Thompson, St. Louis, MO, for appellant.

Chris Koster, Dora A. Fichter, Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., CLIFFORD H. AHRENS, J., and NANNETTE A. BAKER, J.

*ORDER*

PER CURIAM.

James Morgan ("Defendant") appeals from the judgment of the trial court after a jury convicted him of drug trafficking in the second degree in violation of section 195.223 RSMo 2000. The trial court sentenced Defendant as a prior offender to a term of thirteen years' imprisonment in the Missouri Department of Corrections.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).